**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:25-cr-20271-SHL** |
| **v.** | ) | |
| | ) | |
| **KRISTOPHER STEWART,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION TO DISMISS

The United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee and the undersigned counsel, respectfully moves this Court to dismiss the criminal Indictment in the above styled case against Defendant.

Respectfully submitted,

D. Michael Dunavant
United States Attorney

s/Eileen Kuo
EILEEN KUO
Assistant U.S. Attorney
167 N. Main, Suite 800
Memphis, Tennessee 38103
Telephone: (901) 544-4231

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, I filed the foregoing via the Court's CM/ECF electronic filing system, which served all parties of record.

s/Eileen Kuo
Assistant United States Attorney